**Julie A. LOVEALL, Appellant,**

v.

**John CORREA, Respondent.**

**No. WD 76211.**

Missouri Court of Appeals, Western District.

Jan. 28, 2014.

Scott C. Hamilton, Lexington, MO, for Appellant.

Byron A. Bowles and Jane A. Sieve–Wilson, Kansas City, KS, for Respondent.

Before Division I: CYNTHIA L. MARTIN, Presiding Judge, and MARK D. PFEIFFER and KAREN KING MITCHELL, Judges.

### Order

PER CURIAM:

Julie Loveall appeals the judgment of the Circuit Court of Johnson County, Missouri, dismissing her first amended petition, with prejudice, for failure to state a claim upon which relief could be granted pursuant to Rule 55.27(a)(6). Because a published opinion would have no precedential value, a memorandum of law has been provided to the parties. The judgment is affirmed. Rule 84.16(b).